UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DREITH, IN HIS CAPACITY AS ADMINISTRATOR, FILM MUSICIANS SECONDARY MARKET FUND,<br><br>    Plaintiff,<br>V.<br><br>NU IMAGE, INC., a California corporation; MILLENNIUM FILMS, INC., a Delaware corporation; BREAKSTREET PRODUCTIONS, INC., a California Corporation; DOG WATCH PRODUCTIONS, INC., a California Corporation; et al.,<br><br>    Defendants. | No. CV 05-4146 SVW (MANx)<br><br>[~~PROPOSED~~] JUDGMENT |

## JUDGMENT

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1) Judgment is for plaintiff DENNIS DREITH, IN HIS CAPACITY AS ADMINISTRATOR, THE FILM MUSICIANS SECONDARY MARKETS FUND ("Plaintiff") and against NU IMAGE, INC., MILLENIUM FILMS, INC., BREAKSTREET PRODUCTIONS, INC. and DOG WATCH PRODUCTIONS, INC. ("Defendants"), and each of them, on each claim.

2) Plaintiff shall recover from the Defendants:

    i)    Unpaid residuals of $292,093 for the subject films through October 2, 2006;

    ii)    liquidated damages in the amount of $29,209;

    iii)    prejudgment interest in the amount of $308,854.22 through December 23, 2009 and $20.17 per day until this Judgment is entered;

    iv)    accountants' expenses in the amount of $80,022;

    v)    attorneys' fees, expenses and court costs in the amount of $445,687.82.

3) Post-judgment interest shall apply to the total Judgment amount at the rate of 0.32% as provided by 28 USC §1961 as of the date the Judgment is entered.

IT IS SO ORDERED.

Dated: 1/4/10

*[signature]*

The Honorable Stephen V. Wilson
United States District Judge